UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHERRY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-355 |
| | ) | (SHIRLEY) |
| AVERITT EXPRESS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 9]. On July 21, 2008, the parties appeared before the Court for a pre-trial conference. During the hearing, the parties made a joint oral motion to continue the trial in this matter so that the parties could attempt to mediate their dispute. For good cause shown, the parties' joint oral motion to continue is hereby **GRANTED**. The trial in this matter, previously scheduled for August 5, 2008, is hereby **CONTINUED** to **November 4, 2008**. No additional pre-trial conference will be scheduled at this time.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge